REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-45 |
| | ) |
| LAMAR GAINES, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about December 27, 2004, in the State and District of Delaware, Lamar Gaines, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Lakefield Arms, Model 64B, .22 caliber rifle, serial number LO74550 and 7 rounds of .22 caliber ammunition, after having been convicted on or about July 7, 2003 of aggravated menacing in criminal action number IN03-05-0849 and on or about February 28, 2001 of assault second degree in criminal action number IN00-08-1096, both crimes punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about December 27, 2004, in the State and District of Delaware, Lamar Gaines, defendant herein, did knowingly possess a firearm, to wit, a Lakefield Arms, Model 64B, .22 caliber rifle, serial number LO74550, a rifle or weapon made from a rifle having a barrel of less than 16 inches in length and an overall length of less than 26 inches, not registered to him in the National

Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845(a)(3) and (4), and (c), 5861(d) and 5871.

A TRUE BILL:

███████████████
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

*/s/ Ferris W. Wharton*
Ferris W. Wharton
Assistant United States Attorney

Dated: 5/12/05