IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05- 45 |
| ) | |
| LAMAR GAINES ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Lamar Gaines, as a result of the Indictment returned against him on May 12, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: May 12, 2005

AND NOW, this __12__ day of __May__, 2005, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Lamar Gaines.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge