REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-45 |
| ) | |
| LAMAR GAINES ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 12, 2005, Lamar Gaines was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and Possession of an Unregistered Firearm in violation of 26 U.S.C. §5861(d).

2. Lamar Gaines (d.o.b. ▮▮80) is currently a pretrial detainee on various State offenses. The defendant is detained at the Howard R. Young Correctional Institution, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, May 19, 2005, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institutional Institution, to bring the said defendant Lamar Gaines before this Court on May 19, 2005, at 1:00 p.m. for an Initial Appearance and to detain said defendant in the custody of the U.S. Marshall Service after the Initial Appearance as this Court may direct.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: May 12, 2005

IT IS SO ORDERED this __12__ day of __May__, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court