IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>**LAMAR GAINES**<br>    Defendant. | §<br>§<br>§ CRIMINAL ACTION NO. **CR 05-45-UNA**<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
      WARDEN OF HOWARD R. YOUNG CORRECTIONAL FACILITY,
      WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **LAMAR GAINES** who is now detained and imprisoned in the **HOWARD R. YOUNG CORRECTIONAL FACILITY** and who is a defendant in the above-entitled cause, in which cause the said **LAMAR GAINES** was charged with a POSSESSION OF A FIREARM BY A FELON in violation of of 18 U.S.C. SECTION 922(g)(1) and POSSESSION OF AN UNREGISTERED FIREARM in violation of 26 U.S.C. Section 5861 for an **INITIAL APPEARANCE ON MAY 19, 2005 AT 1:00 PM**, and to remain in the custody of the U.S. Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 12TH day of MAY 2005.

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
     Deputy Clerk