UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CR 05-45 SLR |
| vs. ) | |
| ) | |
| **LAMAR GAINES** ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 15th day of May, 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
 First Federal Plaza, Suite# 110
 704 King Street
 Wilmington, DE  19801
 (302) 573-6010

 Defendant
 United States Attorney

