

FILED
MAY 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-45-SLR |
| LAMAR GAINES, | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    _X_  Crime of violence (18 U.S.C. § 3156)

    ____  Maximum sentence life imprisonment or death

    ____  10+ year drug offense

    ____  Felony, with two prior convictions in above categories

    _X_  Serious risk defendant will flee

    ____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

    __X__    Defendant's appearance as required

    __X__    Safety of any other person and the community

3. **Rebuttable Presumption.** The United States (will, <u>will not</u>) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    ____    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    ____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5. **Temporary Detention.** The United States requests the temporary detention of the defendant for a period of ___days (not more than 10) so that the appropriate officials can be notified since:

    1.    At the time the offense was committed the defendant was:

        __    (a) on release pending trial for a felony;

        __    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        __    (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 19th day of May, 2005.

COLM F. CONNOLLY
United States Attorney

BY: _____
Ferris W. Wharton
Assistant United States Attorney