IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    Crim. No. 05-045-SLR
                                 )
LAMAR GAINES,                    )
                                 )
            Defendant.           )

## O R D E R

At Wilmington this _22d_ day of June, 2005,

IT IS ORDERED that a telephonic status conference is
scheduled for **Friday, July 1, 2005** at **9:15 a.m.**, with the court
initiating said call.

_____
United States District Judge