

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

July 7, 2005

The Honorable Sue L. Robinson
Chief Judge
United States District Court
844 King Street
Wilmington, Delaware   19801

    RE:   **United States v. Lamar Gaines**
            **Criminal Action No. 05-45-SLR**

Dear Chief Judge Robinson:

    This letter is to confirm that the government and the defendant, through defense counsel, have reached an agreement under which the defendant will offer a guilty plea in the above captioned case. I am enclosing an unexecuted copy of the Memorandum of Plea Agreement.

    Please let me know if the Court requires any further information.

                  Very truly yours,

                  COLM F. CONNOLLY
                  United States Attorney

                By:  /s/ Ferris W. Wharton
                  Ferris W. Wharton (ID# 945)
                  Assistant United States Attorney

cc: Christopher Koyste, Esquire