UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-45-SLR |
| LAMAR GAINES, | : |
| Defendant, | : |

### ORDER

Having considered Defendant's Motion for Continuance of Sentencing Hearing,

**IT IS HEREBY ORDERED** this \_\_12th\_\_ day of September, 2005, that Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and the October 5, 2005, Sentencing Hearing is continued to November 7, 2005 at 4:30 p.m.

                                           _/s/ Sue L. Robinson_
                                           Chief Judge Sue L. Robinson
                                           United States District Court

cc:    AUSA Ferris Wharton
         AFPD Christopher Koyste