UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 05-45-SLR |
| LAMAR GAINES, | : : | |
| Defendant, | : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Lamar Gaines, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the sentencing hearing. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for November 7, 2005 at 4:30 p.m.

2. The Defense needs a continuance to completely address all sentencing issues which are complex in this action. The Defense asserts that a continuance will allow sufficient time for all issues to be properly raised to the Court at the sentencing hearing.

3. AUSA Ferris Wharton and USPO Martin P. Durkin do not oppose this request for a continuance.

4. The parties respectfully request the Court to continue the sentencing hearing to December 13, 2005 at 4:30 p.m.

**WHEREFORE**, Mr. Gaines respectfully requests the Court to continue the sentencing hearing to December 13, 2005 at 4:30 p.m.

                                                  Respectfully Submitted,

                                        /s/ Christopher S. Koyste
                                        CHRISTOPHER S. KOYSTE, ESQUIRE
                                        Assistant Federal Public Defender
                                        704 King Street, Suite 110
                                        Wilmington, Delaware 19801
                                        Attorney for Lamar Gaines

DATED: November 7, 2005

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on November 7, 2005 to:

Ferris Wharton, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

   /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Lamar Gaines