UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-45-SLR |
| LAMAR GAINES, | : |
| Defendant, | : |

### ORDER

Having considered Defendant's Motion for Continuance of Sentencing Hearing,

**IT IS HEREBY ORDERED** this ___7th___ day of November, 2005, that Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and the November 7, 2005, Sentencing Hearing is continued to December 13, 2005 at 4:30 p.m.

_____
Chief Judge Sue L. Robinson
United States District Court

cc:   AUSA Ferris Wharton
      AFPD Christopher Koyste