IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-45-SLR |
| | ) | |
| LAMAR GAINES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment pursuant to the Memorandum of Plea Agreement dated July 7, 2005.

                                                 COLM F. CONNOLLY
                                                 United States Attorney


                                     By:  /s/   Ferris W. Wharton
                                              Ferris W. Wharton, ID #945
                                              Assistant United States Attorney

Dated: December 14, 2005

       SO ORDERED this _____ day of _____, 2005.

                    _____
                    Sue L. Robinson
                    United States District Judge