IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-45-SLR |
| ) | |
| LAMAR GAINES, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment pursuant to the Memorandum of Plea Agreement dated July 7, 2005.

COLM F. CONNOLLY
United States Attorney

By: /s/   Ferris W. Wharton
Ferris W. Wharton, ID #945
Assistant United States Attorney

Dated: December 14, 2005

SO ORDERED this __14th__ day of __December__, 2005.

_____
Sue L. Robinson
United States District Judge