AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      DELAWARE

RECEIVED
2005 MAY 12 P 1:46
U.S. MARSHALS
WILMINGTON, DELAWARE

UNITED STATES OF AMERICA

V.

Lamar Gaines

**WARRANT FOR ARREST**

Case Number:      CR 05-45

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **LAMAR GAINES**
                                                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court      Violation      Probation Violation Petition

charging him or her      (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

FILED
JUN 09 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of      18      United States Code, Section(s)      922(g)(6) and 26:5861(d)

Peter T. Dalleo
Name of Issuing Officer

Evette Watson, Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

May 12, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                                                                                                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Lamar Gaines

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-12-05 | William David, DUSM | William David |
| DATE OF ARREST 5-19-05 | | |